UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>BIOREFERENCE LABORATORIES, INC.,<br><br>      Defendant-Counterclaimant. | No. 2:16-cv-02291-ES-JAD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

Plaintiff Microsoft Corporation and Defendant BioReference Laboratories, Inc., pursuant to Fed. R. Civ. P. 41(a), have agreed to the following joint stipulation dismissing all claims and counterclaims currently and previously pled in these actions WITH PREJUDICE. With the exception of any contrary provisions in the settlement agreement as executed by the parties, each party shall bear its own costs, expenses, and attorney fees.

Dated: January 12, 2018

Respectfully submitted,

| | |
|---|---|
| __/s *William H. Trousdale*_____<br>William H. Trousdale<br>wtrousdale@tompkinsmcguire.com<br>Brian M. English<br>benglish@tompkinsmcguire.com<br>TOMPKINS, MCGUIRE, WACHENFELD & BARRY<br>3 Becker Farm Road, Suite 402<br>Roseland, New Jersey 07068-1726<br>Telephone: (973) 623-7893<br>Facsimile: (973) 623-7780<br><br>*Of Counsel* | /s *Ricardo Solano Jr.*_____<br>Ricardo Solano Jr.<br>Friedman Kaplan Seiler & Adelman LLP<br>1 Gateway Center<br>Newark, NJ 07102-5311<br>(973) 877-6421<br>rsolano@fklaw.com<br><br>*Of Counsel*<br><br>Eugene LeDonne<br>Christian Samay<br>HAUG PARTNERS LLP |

| | |
|---|---|
| Clara J. Shin (admitted *pro hac vice*)<br>cshin@cov.com<br>Jeffrey M. Davidson (admitted *pro hac vice*)<br>jdavidson@cov.com<br>Wallace J. Lee (admitted *pro hac vice*)<br>wlee@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br>Tel: 415.591.6000<br>Fax: 415.591.6091<br><br>*Attorneys for Plaintiff*<br>*Microsoft Corporation* | 745 Fifth Avenue<br>New York, New York 10151<br>Telephone Number<br><br>Christopher Gosselin<br>HAUG PARTNERS LLP<br>1667 K Street NW<br>Washington, DC 20006<br>(212) 292-1530<br>cgosselin@flhlaw.com<br><br>*Attorneys for Defendant BioReference Laboratories, Inc.* |